FILED

09/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0678

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0678

_____

SUNSET IRRIGATION DISTRICT; CAROLYN
R. MACK and CHRISS A. MACK,

     Claimants and Appellees,

UNITED STATES OF AMERICA (FISH AND           O R D E R
WILDLIFE SERVICE); GLENDA F.
ANDERSON; JIMMY A. ANDERSON;
JOHN ANDERSON; ROWDY ANDERSON,

     Objectors and Appellants.

_____

Counsel for Appellants has filed a motion for an extension of time to file the reply brief in the referenced matter.

In his motion, counsel indicates the motion is for a 30-day extension but then requests a due date of November 29, 2020, which is 60 days.

IT IS ORDERED that the motion for a 60-day extension is DENIED. Appellant has 30 days, or until October 29, 2020, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2020